UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED OHIO INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>INSULATION OF MAINE, INC., ISAAC DWORSKY, and JACQUELYN COLLINS,<br><br>  Defendants | Case No. 1:20-cv-00052-NT |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, United Ohio Insurance Company, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and files this Notice of Voluntary Dismissal, without prejudice.

DATED at Portland, Maine this 12th day of March, 2020.

  */s/ John S. Whitman*
  John S. Whitman
  Attorney for Plaintiff United Ohio Insurance Company

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street, P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                              */s/ John S. Whitman*
                              John S. Whitman
                              Attorney for Plaintiff United Ohio Insurance Company

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street, P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com